UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Kevin M. Lasser,

      Plaintiff,

v.

American General Life
Insurance Company, et al.,

      Defendants.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civ. No. 14-3326 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That Plaintiff's Motion for Judgment on the Pleadings, [Docket No. 19], is **DENIED**.

DATED: April 20, 2015
At Minneapolis, Minnesota

s/Michael J. Davis
Michael J. Davis, Chief Judge
United States District Court